46 So.2d 857

**Dora Ellen PREWETT v. BIRMINGHAM WATER WORKS CO.**

6 Div. 903.

Supreme Court of Alabama.

May 17, 1950.

Hugh A. Locke, of Birmingham, for appellant.

Benners, Burr, Stokely & McKamy, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

44 So.2d 29

**L. F. SANDERS v. STATE ex rel. J. G. CHANDLER, as Mayor of Fruithurst.**

7 Div. 44.

Supreme Court of Alabama.

Jan. 12, 1950.

PER CURIAM.

Appeal dismissed, want of prosecution.

46 So.2d 857

**Sue Segler SATTERFIELD v. Glenn D. SATTERFIELD.**

8 Div. 545.

Supreme Court of Alabama.

March 23, 1950.

H. H. Conway, of Albertville, for appellant.

T. Harvey Wright, of Guntersville, for appellee.

PER CURIAM.

Affirmed.

42 So.2d 844

**Ben W. SCHWABACHER (Ben W. Schwabacher Jewelry Co.) v. STANDARD JEWELRY CO., Inc.**

6 Div. 928.

Supreme Court of Alabama.

Oct. 3, 1949.

S. P. Keith, Jr., of Birmingham, for appellant.

Silberman & Silberman, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

44 So.2d 29

**Katherine SISSON v. Harold SISSON.**

7 Div. 42.

Supreme Court of Alabama.

Dec. 30, 1949.

W. T. Starnes, of Pell City, for appellants.

John R. Robinson, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellee.

45 So.2d 869

**Leo SPINKS v. Lucille Baker SPINKS.**

8 Div. 520.

Supreme Court of Alabama.

Jan. 19, 1950.

PER CURIAM.

Appeal dismissed.